**Order filed May 1, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00349-CV

———————

### RIESON GABRIEL, Appellant

### V.

### ASSOCIATED CREDIT UNION OF TEXAS, Appellee

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10-CV-4171**

## O R D E R

On April 23, 2012, appellant filed a document entitled "Plaintiff's Appeal Trial Court Decision to Grant Defendant's Motion for Traditional and No-Evidence Summary Judgment." The document appears to be an attempt to file appellant's brief in this appeal. The court has determined that appellant has not properly presented this cause in his brief. Appellant failed to comply with Rule 38 of the Texas Rules of Appellate procedure. In

1

particular, appellant has failed to provide any citations to the record and to authority to support the issues presented. Tex. R. App. P. 38.1(g), (i).

Accordingly, pursuant to Rule 38.9(b), the court **STRIKES** appellant's "brief" filed April 23, 2012, and **ORDERS** appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure. The clerk's record in this appeal has not been filed; it is due on or before **May 25, 2012.** Appellant's brief, including citations to the documents in the record, is due **30 days** after the record has been filed. *See* Tex. R. App. P. 38.6(a).

If appellant fails to file an amended brief incompliance with the rules as ordered herein, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM